| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | David E. Sipiora (SBN 124951) |
| 2 | Kristopher L. Reed (SBN 235518) |
| | Matthew C. Holohan (SBN 239040) |
| 3 | 1400 Wewatta St., Suite 600 |
| | Denver, CO 80202 |
| 4 | Telephone:   (303) 571-4000 |
| | Facsimile:   (303) 571-4321 |
| 5 | Email:   dsipiora@kilpatricktownsend.com |
| |             kreed@kilpatricktownsend.com |
| 6 |             mholohan@kilpatricktownsend.com |
| 7 | Robert J. Artuz (SBN 227789) |
| | Eighth Floor, Two Embarcadero Center |
| 8 | San Francisco, CA 94111 |
| | Telephone:   (415) 273-4713 |
| 9 | Facsimile:   (415) 576-0300 |
| | Email:   rartuz@kilpatricktownsend.com |
| 10 | |
| 11 | Attorneys for Plaintiff |
| 12 | AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 3:16-CV-0451-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |

Pursuant to Civil L.R. 7-11, due to a scheduling conflict in regards to the availability of counsel for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago"), Avago and Defendants ASUSTeK Computer Inc., and ASUS Computer International (collectively "ASUS") respectfully request that the Hearing on ASUS's Motion to Dismiss Plaintiff's Complaint for Patent Infringement, currently scheduled for April 7, 2016 at 1:30 p.m., be rescheduled to April 14, 2016 at 1:30 p.m.

| | | |
|---|---|---|
| 1 | Dated: February 22, 2016 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:  */s/ David E. Sipiora* |
| | | David E. Sipiora |
| 3 | | |
| 4 | | *Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.* |
| 5 | | |
| 6 | Dated: February 22, 2016 | ALSTON & BIRD, LLP |
| 7 | | By:  */s/ Michael J. Newton (with permission)* |
| | | Michael J. Newton |
| 8 | | |
| 9 | | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |
| 10 | IT IS SO ORDERED. | |
| 11 | Dated:  February 22, 2016 | |
| 12 | | UNITED STATES JUDGE |