1  KILPATRICK TOWNSEND & STOCKTON LLP
   David E. Sipiora (SBN 124951)
2  Kristopher L. Reed (SBN 235518)
   Matthew C. Holohan (SBN 239040)
3  1400 Wewatta St., Suite 600
   Denver, CO 80202
4  Telephone:    (303) 571-4000
   Facsimile:    (303) 571-4321
5  Email:        dsipiora@kilpatricktownsend.com
                 kreed@kilpatricktownsend.com
6                mholohan@kilpatricktownsend.com

7  Robert J. Artuz (SBN 227789)
   Eighth Floor, Two Embarcadero Center
8  San Francisco, CA 94111
   Telephone:    (415) 273-4713
9  Facsimile:    (415) 576-0300
   Email:        rartuz@kilpatricktownsend.com
10

11 Attorneys for Plaintiff

12 AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **SAN FRANCISCO DIVISION**

| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., | Case No.: 3:16-CV-0451-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |
| v. | |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | |
| Defendants. | |

1  Pursuant to Civil L.R. 7-11, for the convenience of the Court and the parties, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") and Defendants ASUSTeK Computer Inc., and ASUS Computer International (collectively "ASUS") respectfully request that Case Management Conference currently set for May 5, 2016 at 9:30 a.m. be rescheduled to May 9, 2016 at 1:00 p.m. to coincide with the Claim Construction Hearing scheduled in *Avago Technologies general IP (Singapore) Pte. Ltd. v. ASUSTeK Computer Inc. et al.*, Case No. 3:15-CV-04525-EMC.

Dated: April 11, 2016                KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ David E. Sipiora*
     David E. Sipiora

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: April 11, 2016                ALSTON & BIRD, LLP

By:  */s/ Michael J. Newton (with permission)*
     Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

IT IS SO ORDERED.

Dated: April 15, 2016

_____
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen