KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:    (303) 571-4321
Email:         dsipiora@kilpatricktownsend.com
                    kreed@kilpatricktownsend.com
                    mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:    (415) 576-0300
Email:         rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 3:15-CV-04525-EMC<br>Case No.: 3:16-CV-00451-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR ADMINISTRATIVE RELIEF** |

Pursuant to Civil L.Rs. 7-11, due to a scheduling conflict in regard to the availability of counsel for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago"), Avago and Defendants ASUSTeK Computer Inc., and ASUS Computer International (collectively "ASUS") respectfully request that the Status Conference currently scheduled for September 22, 2016 at 10:30 a.m., be rescheduled to October 6, 2016 at 10:30 a.m.

Dated: September 14, 2016        KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ David E. Sipiora
     David E. Sipiora

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: September 14, 2016        ALSTON & BIRD, LLP

By:  /s/ Michael J. Newton (with permission)
     Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

IT IS SO ORDERED.

Dated: 09/14/2016

_____
UNITED STATES DISTRICT JUDGE
Judge Edward M. Chen